**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| SANTITA DELANEY | PETITIONER |
| v. | No. 4:04CR41-P |
| UNITED STATES OF AMERICA | RESPONDENT |

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2255 is hereby **DISMISSED** as waived.

**SO ORDERED,** this the 30th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE